■ CROUSE WEST HOLDING CORP., Doing Business as FEAGANS PUB, Respondent, v SPHERE DRAKE INSURANCE COMPANY, PLC, Appellant, et al., Defendant. (Appeal No. 2.) [670 NYS2d 649] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Boehm and Fallon, JJ.